Commonwealth *v.* Mallory, Appellant.

Submitted June 12, 1968. *Abraham Berkowitz,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Missinger, Appellant.

Argued June 10, 1968. *Harold N. Fitzkee, Jr.,* Public Defender, for appellant; *John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Moore, Appellant

Argued June 14, 1968. *Lawrence R. Watson, II,* with him *Nix, Watson & Randolph,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen*

*Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Moore, Appellant

Submitted June 10, 1968. *Thomas J. X. Moore,* appellant, in propria persona; *Edwin D. Wolf* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Moses, Appellant.

Submitted June 10, 1968. *W. Wallace Dyer, Jr.,* for appellant; *Paul R. Michel* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mudry, Appellant.

Submitted June 10, 1968. *Carolyn E. Temin* and *Melvin Dildine,* As-